### DAVIES et al. v. UNITED STATES.

(Circuit Court, S. D. New York. December 21, 1900.)

#### No. 2,790.

CUSTOMS DUTIES—WHIPS.

Holly whips, kept for sale by carriage men and hardware men, are improperly classified for duty as "saddlery" under Act July 24, 1897, par. 447, but are dutiable under paragraph 208 of said act as manufactures of which wood is the component material of chief value, not specially provided for.

Appeal by the Importers from a Decision of the Board of United States General Appraisers.

Howard T. Walden, for importers.
Henry C. Platt, Asst. U. S. Atty.

TOWNSEND, District Judge.   The merchandise in question comprises carriage whips.   The collector of customs classified them for duty as "saddlery," at 45 per cent. ad valorem, under paragraph 447 of the act of July 24, 1897.   The importer protested, claiming that they were dutiable as "manufactures of which wood is the component material of chief value, not specially provided for," at 35 per cent. ad valorem, under the provisions of paragraph 208 of said act.   The only testimony in the case is that of the importer, which is to the effect that the component material of chief value is the English holly, of which the whips are chiefly made; that they are not part of the harness, but are ordinary carriage whips, and as such are part of the carriage fixtures; and that they are ordinarily kept for sale by carriage men and hardware men.   There is, therefore, nothing to support the findings of the board that these whips are saddlery, except in so far as it is a matter of common knowledge that carriage whips are kept in saddlers' shops.   They are sold quite as much by carriage makers.   They are made to be used in a carriage, and not in connection with a saddle; and they are not saddlery, because they have no more connection with the saddle and harness than has the wagon itself.   The decision of the board of general appraisers is reversed.